UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOUIS LOVE, Individually and on Behalf of
All Other Persons Similarly Situated,
                          Plaintiffs,
   -against-

AMERIGROUP CORPORATION and
AMERIGROUP NEW YORK, LLC,
f/k/a CAREPLUS, LLC,
                     Defendants.
------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF VIRGINIA       )
                                      S.S.
COUNTY OF VIRGINIA BEACH )

     Daniel Wood, being duly sworn deposes and says that he/she is over the age of eighteen years, is an agent of KEATING & WALKER ATTORNEY SERVICE, INC. and is not a party to this action.

     That on the 13 day of October, 2009, at approximately 12:45 a.m./p.m., deponent served true copies of the **Summons, Complaint and Civil Cover Sheet** upon AMERIGROUP NEW YORK, LLC f/k/a CAREPLUS, LLC at 4425 Corporation Lane, Virginia Beach, VA 23462 by personally delivering and leaving the same with Stan Baldwin, who holds the position of Executive VP Legal Counsel and who stated via security that he/she is authorized to accept service.

     Stan Baldwin is a White male/female, approximately 50 years of age, is approximately 5 feet, 10 inches tall, weighs approximately 185 pounds, with Brown hair.

Sworn to before me this
15 day of October, 2009

_Clare Elizabeth Wallace_
**NOTARY PUBLIC, STATE OF VIRGINIA**
My Commission Expires June 30, 2011
Reg #: 7093944

_Daniel Wood_
PROCESS SERVER