UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LOUIS LOVE, Individually and on Behalf of
All Other Persons Similarly Situated,
                        Plaintiffs,
   -against-

AMERIGROUP CORPORATION and
AMERIGROUP NEW YORK, LLC,          **AFFIDAVIT OF SERVICE**
f/k/a CAREPLUS, LLC,
                        Defendants.
-----------------------------------------------------------X
STATE OF VIRGINIA     )
                                   S.S.
COUNTY OF VIRGINIA BEACH )

     Daniel Wood, being duly sworn deposes and says that he/she is over the age of eighteen years, is an agent of KEATING & WALKER ATTORNEY SERVICE, INC. and is not a party to this action.

     That on the 13 day of October, 2009, at approximately 12:45 a.m./p.m., deponent served true copies of the **Summons, Complaint and Civil Cover Sheet** upon AMERIGROUP CORPORATION at 4425 Corporation Lane, Virginia Beach, VA 23462 by personally delivering and leaving the same with Stan Baldwin, who holds the position of Legal Counsel (Executive VP / via security) and who stated that he/she is authorized to accept service.

     Stan Baldwin is a White male/~~female~~, approximately 50 years of age, is approximately 5 feet, 10 inches tall, weighs approximately 185 pounds, with Brown hair.

Sworn to before me this
15 day of October, 2009

_Clare Elizabeth Wallace_
**NOTARY PUBLIC, STATE OF VIRGINIA**
My Commission Expires June 30, 2011
Reg. #: 7093944

_Daniel Wood_
PROCESS SERVER

[Notary seal: CLARE ELIZABETH WALLACE, COMMONWEALTH OF VIRGINIA, NOTARY PUBLIC]