UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
LOUIS LOVE, Individually and on behalf of
All Other Persons Similarly Situated,

                            Plaintiffs,                ORDER
                                                          09 CV 4233 (ILG) (RER)

      -against-

AMERIGROUP CORPORATION and
AMERIGROUP NEW YORK, L.L.C.
f/k/a CAREPLUS, L.L.C.,

                            Defendants.
---------------------------------------------------------x
GLASSER, United States District Judge:

A Report and Recommendation of Magistrate Judge Reyes, dated June 2, 2010, recommended that defendants' motion to dismiss be granted with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Any objections were to be made within fourteen days, and that failure to do so waives the right to appeal. As of this date, no objection has been filed.

The Report and Recommendation, which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety. Accordingly, it is hereby ordered that defendants' motion to dismiss is granted with prejudice. Defendants are hereby directed to serve a copy of this Order upon Love at his last known address and file proof of service with the Clerk of Court.

      SO ORDERED.

Dated:      Brooklyn, New York
               June 30, 2010

                                                  s/I. Leo Glasser
                                                  I. Leo Glasser